87 A.3d 806

William EVANS, Petitioner

v.

The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 2 EM 2014.

Supreme Court of Pennsylvania.

March 19, 2014.

## ORDER

PER CURIAM.

AND NOW, this 19th day of March, 2014, the Petition for Writ of Mandamus is **DISMISSED.** *See Commonwealth v.*

*Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward this filing to counsel of record.